# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 10, 2023

## NO. 03-22-00035-CV

**Elena Karets, Appellant**

**v.**

**Estate of Victor Gumbs, Deceased, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 4 OF WILLIAMSON COUNTY
BEFORE JUSTICES BAKER, TRIANA, AND KELLY
DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE KELLY
DISSENTING OPINION BY JUSTICE TRIANA**

This is an appeal from the judgment signed by the trial court on October 4, 2021. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.